MICHAEL CERUSSI & CO., INC., v. MOSHOLU PARKWAY CORPORATION and Another, Appellants.  PIERCE, BUTLER & PIERCE MANUFACTURING CORPORATION and Another, Respondents.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

B. N. EXTON & CO., INC., v. HOME FIRE AND MARINE INSURANCE COMPANY and Others.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA RYAN, as Executrix, and Another v. ANCIENT ORDER OF HIBERNIANS, NEW YORK COUNTY.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HOME INSURANCE COMPANY v. T. A. GILLESPIE LOADING COMPANY.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOBSON-GIFFORD COMPANY v. PATRICK McGOVERN.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE AMALGAMATED BANK OF NEW YORK v. HARRY FALK, Doing Business, etc., Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CITY OF NEW YORK v. MARY H. TOMPKINS and Others.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL J. LUBACK v. THERESA BIGALL and Another.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY WITTNER v. BURR AVENUE DEVELOPMENT CORPORATION and Others.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS J. CASTELLANO, Trustee, etc., v. THE AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY.— Motion granted.  Judgment reversed and new trial ordered, with costs to appellant to abide the event.  Order entered January 6, 1928, as resettled January 24, 1928, vacated.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SHOEMAKER BRIDGE CO. OF DELAWARE, INC., v. 21 WEST 86TH STREET CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JENNIE HOLT v. GEORGIA WHITE, as President, Called Daughter Ruler of Invincible Temple No. 77, a Subordinate Temple of the Protective Order of Daughters of Elks of the World, an Unincorporated Voluntary Association.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.